UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
HURLEY, DANIEL RUSSELL, JR.  Case No. 09-20156 DSO
HURLEY, JULIE ANN  Chapter 7
  HON. Daniel S. Opperman

                Debtor(s).              /

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Farm Bureau | #2 | $.06 |
| Farm Bureau | #3 | $3.93 |
| Century Tel of Michigan Inc | #7 | $1.12 |
|  |  | Total $5.11 |

Dated: January 12, 2010

*/s/ Karen E. Evangelista (P36144)*
KAREN E. EVANGELISTA, Trustee
903 N. Opdyke, Suite A
Auburn Hills, MI 48326
(248) 276-2533
Kee1008_tee@sbcglobal.net